Hand By Hand PT, P.C. v Nationwide Prop. & Cas. Ins. Co. (2022 NY Slip Op
50607(U))

[*1]

Hand By Hand PT, P.C. v Nationwide Prop. & Cas. Ins. Co.

2022 NY Slip Op 50607(U) [75 Misc 3d 141(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DONNA-MARIE E. GOLIA, CHEREÉ
A. BUGGS, JJ

2020-744 K C

Hand By Hand PT, P.C., as Assignee of
Luis Martinez, Respondent, 
against
Nationwide Property and Casualty Insurance Company, Appellant.

Hollander Legal Group, P.C. (Allan S. Hollander and Christopher Volpe of counsel), for
appellant.
Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Jill R.
Epstein, J.), dated December 4, 2019. The order denied defendant's motion for summary
judgment dismissing the complaint and, upon a search of the record, granted summary judgment
to plaintiff.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary
judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that plaintiff failed to appear for duly
scheduled examinations under oath (EUOs) and, upon a search of the record, granted summary
judgment to plaintiff.
A review of the record indicates that the proof submitted by defendant in support of its
motion for summary judgment dismissing the complaint demonstrated that defendant's initial and
follow-up letters scheduling the EUOs had been timely mailed (see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]), that plaintiff failed to appear on
either date (see Stephen Fogel
Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]; TAM Med. Supply Corp. v 21st Century
Ins. Co., 57 Misc 3d 149[A], 2017 NY Slip Op 51510[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2017]), and that the claims were timely denied on that ground (see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123). As plaintiff's opposition papers failed to
rebut defendant's prima facie showing, defendant's motion for summary judgment dismissing the
complaint should have been granted.
Accordingly, the order is reversed and defendant's motion for summary judgment dismissing
the complaint is granted.
ALIOTTA, P.J., GOLIA and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022